# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR, | Case No. 1:14-cv-02013-SKO (PC) |
| Plaintiff, | ORDER TO FILE COMPLETE IN FORMA PAUPERIS APPLICATION |
| v. | (Doc. 2) |
| SMITH & WESSEN HANDCUFF CO., et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff Gordon D. Meador, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 18, 2014. Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his trust account statement, but he neglected to include the second page of the application bearing his signature. Therefore, Plaintiff shall complete and file the application form provided with this order. Plaintiff does not need to resubmit his trust account statement.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete and file the application to proceed in forma pauperis; and

///

///

3. Failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **January 6, 2015**                              /s/ Sheila K. Oberto
                                                                         UNITED STATES MAGISTRATE JUDGE