# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR, | Case No. 1:14-cv-02013-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR EARLY DISCOVERY |
| v. | (Doc. 13) |
| SMITH & WESSEN, et al., | |
| Defendants. | |

Plaintiff Gordon D. Meador, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 18, 2014. On April 14, 2015, Plaintiff filed a motion seeking leave to conduct early discovery.

Plaintiff's request for early discovery is premature. Fed. R. Civ. P. 26(a)(1)(B)(iv), (d)(1); Doc. 3, Info. Order, § V(A). To the extent Plaintiff is ordered to file an amended complaint, which is the concern he expresses, he will be ordered to do so to allege sufficient facts to support his legal claims, not to name the Doe defendants. 28 U.S.C. § 1915A. Accordingly, Plaintiff's motion for early discovery is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 6, 2015**               **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE