# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOES, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-02013 DLB PC<br><br>ORDER OPENING DISCOVERY FOR LIMITED PURPOSE OF ALLOWING PLAINTIFF TO IDENTIFY DEFENDANTS<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Gordon Dale Meador ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983.[1]

　　　　This action is proceeding on Plaintiff's June 12, 2015, First Amended Complaint for violation of the Eighth Amendment against California Department of Corrections and Rehabilitation ("CDCR") Correctional Sgt. Doe 1 and CDCR Correctional Officer Doe 2.

　　　　In April 2015, Plaintiff filed a motion for limited discovery to ascertain the names of the Doe Defendants. However, as Plaintiff's complaint had not yet been screened, the motion was denied as premature on May 6, 2015.

　　　　As Plaintiff now states a claim for relief, the Court finds good cause to open discovery for the limited purpose of identifying the Doe Defendants. Plaintiff is directed to provide information to the Court for the issuance of a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on January 16, 2015.

1  Plaintiff is directed to provide any identifying information that would be helpful in identifying the
2  Defendants.  Specifically, information such as the dates that the individuals were employed, the time
3  (shift) that they worked, and any physical attributes would be of assistance.
4        Alternatively, if Plaintiff has obtained the names of the Doe Defendants, he may inform the
5  Court and file an amended complaint to name the Does.
6        Accordingly, IT IS HEREBY ORDERED that:
7        1.  Plaintiff shall be permitted to obtain limited discovery to identify the Doe
8  Defendants;
9        2.  Plaintiff is directed to submit, within thirty (30) days of the date of service of this
10 order, information to assist in identifying Defendants.  Plaintiff may also inform the Court within
11 this time frame that he knows the identity of the Doe Defendants and file an amended complaint
12 with their names.
13       <u>Failure to comply with this order may result a recommendation of dismissal.</u>

IT IS SO ORDERED.

Dated:  **January 21, 2016**               /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE