UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>   Plaintiff,<br><br>   v.<br><br>DOES, et al.,<br><br>   Defendants. | Case No. 1:14-cv-02013 DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br>(Document 21)<br><br>ORDER VACATING ORDERS FINDING COGNIZABLE CLAIMS AND OPENING LIMITED DISCOVERY<br>(Documents 22 and 23) |

Plaintiff Gordon Dale Meador ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on December 18, 2014.[1] Pursuant to Court order, he filed a First Amended Complaint on June 12, 2015.

On January 21, 2016, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). Filing a notice of dismissal with the court automatically terminates the action, and the Court no longer has jurisdiction over the claims. Id.; Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995).

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on January 16, 2015.

1

1  Accordingly, the Clerk of Court is DIRECTED to close this action pursuant to Plaintiff's
2 notice of voluntary dismissal.  The orders finding cognizable claims and opening limited discovery,
3 both filed after Plaintiff's notice, are VACATED.

IT IS SO ORDERED.

Dated:  **January 22, 2016**          /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE